**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Eugene Ross COUSINS, Defendant–Appellant.**

**No. 14–6716.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 29, 2014.

Decided: Aug. 1, 2014.

Eugene Ross Cousins, Appellant Pro Se. Grayson A. Hoffman, Jeb Thomas Terrien, Assistant United States Attorneys, Harrisonburg, Virginia; Ronald Mitchell Huber, Assistant United States Attorney, Charlottesville, Virginia, for Appellee.

Before NIEMEYER, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eugene Ross Cousins appeals the district court's orders denying his motion to reopen, denying appointment of counsel and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Cousins,* No. 5:06–cr–00008–GEC–RSB (W.D.Va., Apr. 14, 2004; Apr. 28, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*